IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| MEGUEL WHALEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 110-163 |
| | ) |
| SAM B. SIBLEY, JR., Circuit Public Defender, Augusta Judicial Circuit, and PENELOPE A. DONKAR, Circuit Public Defender, Augusta Judicial Circuit, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's case is **DISMISSED** without prejudice, and this case is **CLOSED**.

SO ORDERED this 25th day of April, 2011, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA